

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00738-CR

The **STATE** of Texas,
Appellant

v.

Ivan **GALINDO-CHAVEZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,799
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, we WITHDRAW our August 12, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Galindo-Chavez's request for habeas relief; RENDER judgment denying Galindo-Chavez's habeas application; and REINSTATE the information charging Galindo-Chavez with the misdemeanor offense of criminal trespass.

SIGNED October 15, 2025.

_____
Irene Rios, Justice